1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone:  (530) 895-3252
4  Facsimile:  (530) 894-8244

5  Attorneys for Plaintiff

6

7  MICHELE STEVENSON, SBN 180882
   LITTLER MENDELSON
8  2520 Venture Oaks Way, Suite 390
   Sacramento, CA 95833
   Telephone: (916) 830-7200
9  Facsimile: (916) 561-0828

10 Attorneys for Defendants
   AUTOZONE WEST. INC. dba
11 AUTOZONE #5308 and
   ROBERT JOSEPH SISKA
12

13

14                UNITED STATES DISTRICT COURT

15                EASTERN DISTRICT OF CALIFORNIA

16

17 DIMAS O'CAMPO,                       Case No. 2:10-cv-00153-WBS-CMK

18     Plaintiff,

19 v.                                   STIPULATION FOR DISMISSAL and
                                        [PROPOSED] ORDER THEREON
20 AUTOZONE WEST. INC. dba
   AUTOZONE #5308, et al.,
21
       Defendants.
22 _____/

23

24

25

26

27

28

TO THE COURT AND TO ALL PARTIES:

Plaintiff, DIMAS O'CAMPO, and defendants, AUTOZONE WEST. INC. dba AUTOZONE #5308 and ROBERT JOSEPH SISKA, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: August 13, 2010					DISABLED ADVOCACY GROUP, APLC


							 */s/ Lynn Hubbard III*
							LYNN HUBBARD III
							Attorney for Plaintiff DIMAS O'CAMPO

Dated: August 12, 2010					LITTLER MENDELSON


							 */s/ Michele Stevenson*
							MICHELE STEVENSON
							Attorney for Defendants AUTOZONE WEST. INC. dba AUTOZONE #5308 and ROBERT JOSEPH SISKA

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-cv-00153-WBS-CMK, is hereby dismissed with prejudice.

Dated:  August 18, 2010

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE